Before the Second Division, January 17, 1968

**No. P68/11.**—Mitsui & Co., Ltd. *v.* United States, protests 66/8727(A) and 66/26835(A) (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cotton velveteens similar in all material respects to those the subject of *Amity*

*Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.